IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MICHAEL T. LASSIC,
      Petitioner

VS.

FRED BURNETTE, Warden,
      Respondent

CIVIL ACTION NO.: 1:07-CV-83 (WLS)

PROCEEDINGS UNDER 28 U.S.C. § 2254
BEFORE THE U.S. MAGISTRATE JUDGE

**O R D E R**

      Petitioner **MICHAEL T. LASSIC** has moved this Court to allow him to proceed *in forma pauperis* in the above-captioned proceeding brought under the provisions of 28 U.S.C. §2254. However, a review of the certificate from prison authorities reveals that he deposited $370.00 into his inmate account during the last six months. Therefore, has had an average monthly balance for the last six (6) months of $62.00 in his inmate account. The filing fee required in § 2254 cases is $5.00. The Court finds that petitioner has the financial ability to pay this amount.

      Accordingly, petitioner's application herein to proceed *in forma pauperis* is **DENIED**.

      Petitioner shall have thirty (30) days from receipt of this Order to pay the required $5.00 filing fee. Failure to comply with this Order shall result in the dismissal of petitioner's application. There shall be no service of process in this case until further order of the Court.

      **SO ORDERED**, this 16th day of May, 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com